Form ntchrgbk

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 24−15374−VFP
Chapter: 11
Judge: Vincent F. Papalia

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
390−394 NORTH 5TH STREET LLC
247 RIVERVIEW PLACE
CLIFFSIDE PARK, NJ 07010

Social Security No.:

Employer's Tax I.D. No.:
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

**NOTICE OF HEARING**

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3B, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

on 7/11/24 at 10:00 AM

to consider and act upon the following:

***1*** − Chapter 11 Voluntary Petition Filed by Avram D White on behalf of 390−394 NORTH 5TH STREET LLC. Chapter 11 Debtors Exclusive Right to File a Plan Expires on 09/25/2024. (White, Avram)

Dated: 6/3/24

Jeanne Naughton
Clerk, U.S. Bankruptcy Court